IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DALE DAWSON, on behalf of himself and
all other similarly situated employees,

    Plaintiffs,

v.                                                  No. 14-1105

EMERGENCY MEDICAL CARE
FACILITIES, P.C.,

    Defendant.

___

ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL
CLASS CERTIFICATION
___

      Before the Court is the motion of the Plaintiff, Dale Dawson, to conditionally certify this suit as a collective action for overtime violations under the Fair Labor Standards Act. Pursuant to an order of reference, the United States Magistrate Judge entered a report and recommendation on August 27, 2014, recommending that the case proceed as a collective action. No objections have been filed by either party and the time for such objections has expired. Upon review of the report and motion papers, the report is hereby ADOPTED and the Plaintiff's motion is GRANTED in accordance therewith.

      IT IS SO ORDERED this 17th day of September 2014.

                                      s/ J. DANIEL BREEN
                                      CHIEF UNITED STATES DISTRICT JUDGE